# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRIS D. PARK, ON BEHALF OF AND AS POWER OF ATTORNEY FOR JOSHUA RAY, AN INDIVIDUAL,
Appellants,
vs.
WELLS FARGO BANK, A NATIONAL ASSOCIATION; AND NATIONAL DEFAULT SERVICING CORPORATION, A NEVADA FOREIGN CORPORATION.
Respondents.

No. 65735

**FILED**

JAN 2 2 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER OF REVERSAL AND REMAND*

This is an appeal from a district court order granting a motion to dismiss in a quiet title action. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

This court reviews an order granting a motion to dismiss de novo. *See Buzz Stew, LLC v. City of N. Las Vegas*, 124 Nev. 224, 227-28, 181 P.3d 670, 672 (2008). We rigorously review a decision to dismiss a complaint under NRCP 12(b)(5) on appeal, with all alleged facts in the complaint presumed true and all inferences drawn in favor of the complainant. *Id.* Dismissing a complaint is appropriate "only if it appears beyond a doubt that [the plaintiff] could prove no set of facts, which, if true, would entitle [the plaintiff] to relief." *Id.* at 228, 181 P.3d at 672. We review all legal conclusions de novo. *Id.*

Having considered appellant's arguments and the record on appeal, we conclude that the district court erred in granting the motion to

16-02334

dismiss. Under *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev., Adv. Op. 75, 334 P.3d 408 (2014), appellant's claim that the HOA lien had priority and that the subsequent foreclosure sale extinguished respondent's interest was sufficient to survive a motion to dismiss for failure to state a claim. Accordingly, we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

 

cc: Hon. David B. Barker, District Judge
Ara H. Shirinian, Settlement Judge
Howard Kim & Associates
Kang & Associates PLLC
Snell & Wilmer, LLP/Tucson
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk